UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  MOORE, GARY K. | § § § | Case No. 09-40891 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/21/2012 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>07/20/2012</u>     By:     <u>/s/Glenn R. Heyman</u>
                                          Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MOORE, GARY K.   § Case No. 09-40891
   §
   §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,000.71 |
| and approved disbursements of | $ 284.76 |
| leaving a balance on hand of [1] | $ 9,715.95 |
| **Balance on hand:** | $ 9,715.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Illinois Department of Revenue | 46,257.23 | 46,257.23 | 0.00 | 2,888.31 |
| 5S | U. S. Department of Treasury | 10,000.00 | 10,000.00 | 0.00 | 624.40 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 3,512.71 |
| Remaining balance: | $ 6,203.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,750.07 | 0.00 | 1,750.07 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,479.00 | 0.00 | 3,479.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 54.17 | 0.00 | 54.17 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 920.00 | 0.00 | 920.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,203.24 |
| Remaining balance: | $ 0.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $46,810.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | U. S. Department of Treasury | 46,810.38 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,243.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 68.00 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank | 10,494.79 | 0.00 | 0.00 |
| 3 | American Express Centurion Bank | 6,635.54 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 280.23 | 0.00 | 0.00 |
| 5U | U. S. Department of Treasury | 13,049.25 | 0.00 | 0.00 |
| 6 | FIA Card Services, NA/BofA, American InfoSource, agent | 7,930.35 | 0.00 | 0.00 |
| 7 | FIA Card Services, NA/Bank of America | 6,449.29 | 0.00 | 0.00 |
| 8 | FIA Card Services, NA/BofA, American InfoSource, agent | 12,737.64 | 0.00 | 0.00 |
| 9 | FIA Card Services, NA/BofA, American Infosource, agent | 2,598.83 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 09-40891-PSH
Gary K. Moore                                                   Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers              Page 1 of 2           Date Rcvd: Jul 23, 2012
                              Form ID: pdf006             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2012.
db         +Gary K. Moore,    1933 North Sedgwick St.,    Chicago, IL 60614-5409
14656746    Advocate Illinois Masonic Med Ctr,    22393 Network Place,    Chicago, IL 60673-1223
14656747   +Advocate Illinois Masonic Med Ctr,    836 W. Wellington Avenue,    Chicago, IL 60657-5147
14656748    American Express,    P. O. Box 981535,    El Paso, TX 79998-1535
14656749    American Express,    Box 0001,   Los Angeles, CA 90096-8000
17078298    American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14656745    Bank of America,    P. O. Box 15027,   Wilmington, DE 19850-5027
14656751    Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
14656752    Capital One,    P. O. Box 30285,   Salt Lake City, UT 84130-0285
14656753    Capitol One Bank (U.S.A.), N.A.,    P.O. Box 6492,   Carol Stream, IL 60197-6492
14656754   +Darlene Strickland,    1933 N. Sedgwick St.,   Chicago, IL 60614-5409
14656755   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court:   Illinois Department of Revenue,    Bankruptcy Division, Level 7-400,
              100 W. Randolph Street,   Chicago, IL 60601)
15314607    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
14656756    Illinois Department of Revenue,    P.O. Box 19035,   Springfield, IL 62794-9035
14656758   +Macy's,   P. O. Box 8066,    Mason, OH 45040-8066
14656759   +Macys,   P.O. Box 8118,    Mason, OH 45040-8118
14656760    Miller Cooper & Co., Ltd.,    1751 Lake Cook Road,    Suite 400,   Deerfield, IL 60015-5286
14656761    Northwestern Medical Faculty Founda,    38693 Eagle Way,    Chicago, IL 60678-1386
14656762    Northwestern Medical Faculty Founda,    P.O. Box 75494,    Chicago, IL 60675-5494
14656763   +Sukhjit S. Gill,   2266 N. Lincoln,    3rd Fl.,   Chicago, IL 60614-7601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14656757   +E-mail/Text: cio.bncmail@irs.gov Jul 24 2012 03:18:51      Department of the Treasury,
              Internal Revenue Service,    Pob 7346,   Philadelphia, PA 19101-7346
17359817    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2012 05:43:35
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
14656764    E-mail/Text: cio.bncmail@irs.gov Jul 24 2012 03:18:51      U. S. Department of Treasury,
              Internal Revenue Service,    Cincinnati, OH 45999-0025
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17103293*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
17103294*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
14656750       ##Bank of America,    P. O. Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: mflowers              Page 2 of 2               Date Rcvd: Jul 23, 2012
                              Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2012 at the address(es) listed below:
          Glenn R Heyman    gheyman@craneheyman.com,
           il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Joel A Schechter    on behalf of Debtor Gary Moore joelschechter@covad.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                             TOTAL: 3