**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MOORE, GARY K. § Case No. 09-40891
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $7,500.00                Assets Exempt: $5,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,512.71    Claims Discharged
                                              Without Payment: $161,546.93

Total Expenses of Administration: $6,488.00

3) Total gross receipts of $ 10,000.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.71 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $46,072.82 | $56,257.23 | $56,257.23 | $3,512.71 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,488.00 | 6,488.00 | 6,488.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 950,000.00 | 46,810.38 | 46,810.38 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,057.27 | 60,243.92 | 60,243.92 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,097,130.09 | $169,799.53 | $169,799.53 | $10,000.71 |

     4) This case was originally filed under Chapter 7 on October 29, 2009. The case was pending for 36 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2012     By: /s/GLENN R. HEYMAN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Windermere Partners II (25%) | 1129-000 | 3,000.00 |
| Stamford Associates (1/2 share) | 1129-000 | 3,000.00 |
| 58% interest in law partnership, MooreStrickland | 1129-000 | 4,000.00 |
| Interest Income | 1270-000 | 0.71 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Illinois Department of Revenue | 4800-000 | 46,072.82 | 46,257.23 | 46,257.23 | 2,888.31 |
| 5S | U. S. Department of Treasury | 4800-000 | N/A | 10,000.00 | 10,000.00 | 624.40 |
| **TOTAL SECURED CLAIMS** | | | **$46,072.82** | **$56,257.23** | **$56,257.23** | **$3,512.71** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,750.07 | 1,750.07 | 1,750.07 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,479.00 | 3,479.00 | 3,479.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 54.17 | 54.17 | 54.17 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 920.00 | 920.00 | 920.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 19.18 | 19.18 | 19.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.58 | 15.58 | 15.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,488.00 | $6,488.00 | $6,488.00 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | U. S. Department of Treasury | 5800-000 | 950,000.00 | 46,810.38 | 46,810.38 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $950,000.00 | $46,810.38 | $46,810.38 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 68.00 | 68.00 | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | 10,151.89 | 10,494.79 | 10,494.79 | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | 6,648.39 | 6,635.54 | 6,635.54 | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 280.23 | 280.23 | 0.00 |
| 5U | U. S. Department of Treasury | 7100-000 | N/A | 13,049.25 | 13,049.25 | 0.00 |
| 6 | FIA Card Services, NA/BofA,American InfoSource, | 7100-000 | 7,891.35 | 7,930.35 | 7,930.35 | 0.00 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | 6,466.25 | 6,449.29 | 6,449.29 | 0.00 |
| 8 | FIA Card Services, NA/BofA,American InfoSource, | 7100-000 | 12,781.57 | 12,737.64 | 12,737.64 | 0.00 |
| 9 | FIA Card Services, NA/BofA, American Infosource, agent | 7100-000 | 2,625.19 | 2,598.83 | 2,598.83 | 0.00 |
| NOTFILED | Northwestern Medical Faculty Foundation | 7100-000 | 379.57 | N/A | N/A | 0.00 |
| NOTFILED | Sukhjit S. Gill | 7100-000 | 447.35 | N/A | N/A | 0.00 |
| NOTFILED | Miler Cooper & Co. Ltd. | 7100-000 | 4,807.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Illinois Masonic Medical Center | 7100-000 | 866.12 | N/A | N/A | 0.00 |
| NOTFILED | Darlene Strickland | 7100-000 | 42,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,880.35 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 3,112.24 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $101,057.27 | $60,243.92 | $60,243.92 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-40891  
**Case Name:** MOORE, GARY K.  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 10/29/09 (f)  
**§341(a) Meeting Date:** 12/15/09  

**Period Ending:** 11/06/12  

**Claims Bar Date:** 06/03/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | cash on debtor's person<br>   Orig. Asset Memo: cash on debtor's person; Orig. Description: cash on debtor's person; Imported from Amended Doc#: 19 | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Moore Strickland account (amount is approximate)<br>   Orig. Asset Memo: Moore Strickland account (amount is approximate); account no. xxxx6038; debtor is signatory; Orig. Description: Moore Strickland account (amount is approximate); account no. xxxx6038; debtor is signatory; Imported from Amended Doc#: 19 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 3 | dining room table and 6 chairs, couch, 3 chairs,<br>   Orig. Asset Memo: dining room table and 6 chairs, couch, 3 chairs, coffee table, desk, 2 small bookcases, 2 beds, 2 nite stands, end table, 3 lamps, bookcase, pots, pans, kitchen utensils.; Orig. Description: dining room table and 6 chairs, couch, 3 chairs, coffee table, desk, 2 small bookcases, 2 beds, 2 nite stands, end table, 3 lamps, bookcase, pots, pans, kitchen utensils.; Imported from Amended Doc#: 19 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | miscellaneous books, pictures, posters<br>   Orig. Asset Memo: miscellaneous books, pictures, posters; Orig. Description: miscellaneous books, pictures, posters; Imported from Amended Doc#: 19 | 2,500.00 | 1,500.00 | DA | 0.00 | FA |
| 5 | necessary wearing apparel<br>   Orig. Asset Memo: necessary wearing apparel; Orig. Description: necessary wearing apparel; Imported from Amended Doc#: 19 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | health insurance through employer<br>   Orig. Asset Memo: health insurance through employer; Orig. Description: health insurance through employer; Imported from Amended Doc#: 19 | 0.00 | 1.00 | DA | 0.00 | FA |
| 7 | Interest in Windermere Partners II (25%) | Unknown | 3,000.00 | | 3,000.00 | FA |
| 8 | Stamford Associates (1/2 share) | Unknown | 3,000.00 | | 3,000.00 | FA |
| 9 | 58% interest in law partnership, MooreStrickland | Unknown | 4,000.00 | | 4,000.00 | FA |

Printed: 11/06/2012 11:39 AM    V.13.04

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-40891  
**Case Name:** MOORE, GARY K.  

**Period Ending:** 11/06/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 10/29/09 (f)  
**§341(a) Meeting Date:** 12/15/09  
**Claims Bar Date:** 06/03/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 0.71 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$7,500.00** | **$12,501.00** | | **$10,000.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

    12/2010: Ttee accepted offer on interest in certain assets; will file motion for approval.

    12/30/2011: Received settlement, taxes are being prepared.

**Initial Projected Date Of Final Report (TFR):**    February 28, 2012      **Current Projected Date Of Final Report (TFR):**    June 28, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-40891 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | MOORE, GARY K. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-65 - Checking Account |
| Taxpayer ID #: | **-***7553 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/06/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/11 | | Moore Strickland, Attorneys at Law | Settlement for RTI of Debtor's three businesses | | 10,000.00 | | 10,000.00 |
| | {7} | | Settlement on Windemere  3,000.00 | 1129-000 | | | 10,000.00 |
| | {8} | | Settlement on Stamford Assoc.  3,000.00 | 1129-000 | | | 10,000.00 |
| | {9} | | Settlement on Law Partnership  4,000.00 | 1129-000 | | | 10,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,000.07 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.15 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.23 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.18 | 9,981.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,981.13 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,956.13 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,956.21 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,931.21 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,931.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,906.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,906.37 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,881.37 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,881.45 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,856.45 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,856.53 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,831.53 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-40891, Blanket Bond Payment Bond#016026455 | 2300-000 | | 15.58 | 9,815.95 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,790.95 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,765.95 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,740.95 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,715.95 |
| 08/21/12 | 1002 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $920.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 920.00 | 8,795.95 |
| 08/21/12 | 1003 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,750.07, Trustee Compensation; Reference: | 2100-000 | | 1,750.07 | 7,045.88 |
| 08/21/12 | 1004 | Crane, Heyman, Simon, Welch & | Dividend paid 100.00% on $3,479.00, Attorney | 3110-000 | | 3,479.00 | 3,566.88 |
| | | | Subtotals : | | $10,000.71 | $6,433.83 | |

{} Asset reference(s)                                                                                     Printed: 11/06/2012 11:39 AM    V.13.04

Case 09-40891    Doc 54    Filed 11/06/12    Entered 11/06/12 13:25:32    Desc Main
Document      Page 9 of 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-40891 | | **Trustee:** | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| **Case Name:** | MOORE, GARY K. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******66-65 - Checking Account |
| **Taxpayer ID #:** | **-***7553 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/06/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Clar | for Trustee Fees (Trustee Firm); Reference: | | | | |
| 08/21/12 | 1005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $54.17, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 54.17 | 3,512.71 |
| 08/21/12 | 1006 | Illinois Department of Revenue | Dividend paid 6.24% on $46,257.23; Claim# 1S; Filed: $46,257.23; Reference: | 4800-000 | | 2,888.31 | 624.40 |
| 08/21/12 | 1007 | U. S. Department of Treasury | Dividend paid 6.24% on $10,000.00; Claim# 5S; Filed: $10,000.00; Reference: | 4800-000 | | 624.40 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 10,000.71 | 10,000.71 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,000.71 | 10,000.71 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.71** | **$10,000.71** | |

Net Receipts :   10,000.71
───────────
Net Estate :   $10,000.71

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******66-65** | 10,000.71 | 10,000.71 | 0.00 |
| | **$10,000.71** | **$10,000.71** | **$0.00** |

{} Asset reference(s)                                                                                             Printed: 11/06/2012 11:39 AM   V.13.04